UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MCGEE, ULV136,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF DEPT.,<br><br>Defendant(s). | Case No. 24-cv-04588-CRB  (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF Nos. 2, 9, 10, 19, 22, & 28) |

This civil action by a "prisoner" as defined in 28 U.S.C. § 1915A(c) was filed on July 30, 2024. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved Prisoner's Application and Declaration to Proceed In Forma Pauperis (IFP). The court specifically advised plaintiff that the prisoner's IFP application he submitted did not include a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months, as required by 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

To date, plaintiff has not provided the court with the requisite items. Instead, he submitted a second application to procced IFP used in non-prisoner cases which omits the certificate of funds in the prisoner's account and the copy of the prisoner's trust account statement for the last six months that is required by 28 U.S.C. § 1915(a)(2) in prisoner cases. Plaintiff's incomplete IFP application (ECF Nos. 2 & 10) is DENIED, and the action is DISMISSED without prejudice.

The clerk is instructed to close the file and terminate all other pending motions (ECF Nos. 9, 19, 22 & 28) in the case as moot.

**IT IS SO ORDERED**.

Dated: December 10, 2024

_____
CHARLES R. BREYER
United States District Judge